An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES MARTIN REESE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66663

**FILED**

OCT 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion for parole revocation transcripts at state expense, motion to appoint counsel, motion for video or telephone conference, and motion to proceed in forma pauperis. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

 

14-35484

cc: Hon. David B. Barker, District Judge
James Martin Reese
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk